# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

MELISSA DENT                                §
                                            §
v.                                          §        CIVIL ACTION NO. 3:20-CV-124-S-BK
                                            §
METHODIST HEALTH SYSTEM, et al.             §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in

this case. *See* ECF No. 63. No objections were filed. The District Court reviewed the proposed

findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS**

the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court **GRANTS** The Methodist Health System Defendants' Motion for

Summary Judgment [ECF No. 51] and Defendant FRBH Silverbrook Apartments, LLC's Motion

for Summary Judgment [ECF No. 55].

**SO ORDERED.**

SIGNED January 25, 2022.

**UNITED STATES DISTRICT JUDGE**